# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BARSAMIAN,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF KINGSBURG, MARTIN SOLIS, individually and in his official capacity as a Police Officer for the City of Kingsburg Police Department, and DOES 1 through 100 inclusive,<br><br>          Defendants. | 1:07-cv-00316 OWW GSA<br><br>ORDER REGARDING STIPULATION TO CONTINUE SETTLEMENT CONFERENCE DATE AND EXPERT WITNESS DISCLOSURES<br>(Document 25) |

On March 11, 2008, the parties filed a stipulation for continuance of the settlement conference, which originally was scheduled in this matter for March 25, 2008, at 10:30 a.m. in Courtroom 10.  The parties also stipulated to amend the court's scheduling conference order regarding disclosure of expert witnesses and disclosure of rebuttal or supplemental expert witnesses.  (Document 25.)

Based on the stipulation of the parties, and good cause appearing, the court hereby VACATES the settlement conference currently scheduled for March 25, 2008.  The new date of **June 11, 2008, at 10:30 a.m. in Courtroom 10 (GSA)** before the undersigned is ordered for the Setttlement Conference.

//

//

1

1    In addition, the parties are directed to disclose all expert witnesses, in writing, on or
2 before June 25, 2008.  Any rebuttal or supplemental expert disclosures will be made on or before
3 July 25, 2008.

  IT IS SO ORDERED.

  **Dated:   March 11, 2008**                              **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE