# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BARSAMIAN, | 1:07-cv-00316 OWW GSA |
| Plaintiff, | ORDER REGARDING EXPERT WITNESS REPORTS AND INDEPENDENT MENTAL EXAMINATION DATE |
| v. | |
| CITY OF KINGSBURG, MARTIN SOLIS, individually and in his official capacity as a Police Officer for the City of Kingsburg Police Department, and DOES 1 through 100 inclusive, | |
| Defendants. | |

On July 18, 2008, the court conducted an informal discovery conference. Peter Kapetan appeared telephonically on behalf of Plaintiff Kimberly Barsamian. Alfred Gallegos appeared telephonically on behalf of Defendant City of Kingsburg. Based on information presented to the court during the informal discovery conference regarding the status of the Plaintiff, and good cause appearing, the court ORDERS as follows:

1. The current deadline of August 11, 2008, to disclose expert reports, which is set forth in the Second Amended Scheduling Order issued on June 16, 2008, is VACATED;

2. Plaintiff Kimberly Barsamian does not have to appear for the independent mental examination at its currently scheduled date and time;

3. A status conference is SCHEDULED for August 27, 2008, at 9:30 a.m. in

1

Courtroom 10 before the Honorable Gary S. Austin.  The parties are directed to submit a joint status report to the court on or before Friday, August 22, 2008.

IT IS SO ORDERED.

**Dated:   July 18, 2008**              /s/ **Gary S. Austin**
                               UNITED STATES MAGISTRATE JUDGE