# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BARSAMIAN,<br><br>                    Plaintiff,<br><br>         v.<br><br>CITY OF KINGSBURG, MARTIN SOLIS, individually and in his official capacity as a Police Officer for the City of Kingsburg Police Department, and DOES 1 through 100 inclusive,<br><br>                    Defendants. | 1:07-cv-00316 OWW GSA<br><br>ORDER AFTER STATUS CONFERENCE<br><br>Expert Report Disclosure Deadline: September 30, 2008 |

On August 27, 2008, the court held a status conference regarding the independent mental examination of Plaintiff Kimberly Barsamian and related discovery deadlines. Alfred Gallegos appeared on behalf of Defendant City of Kingsburg. Karen Lynch appeared on behalf of Defendant Martin Solis. Plaintiff's counsel did not appear.

Defendants' counsel informed the court that the independent mental examination of Plaintiff had been completed and that expert reports can be exchanged by September 30, 2008. Accordingly, the deadline for disclosure of expert reports is September 30, 2008. A further status conference is scheduled for October 8, 2008, at 10:00 a.m. in Courtroom 10 before the undersigned. The parties are directed to submit a joint status report by October 3, 2008, regarding proposed discovery deadlines.

IT IS SO ORDERED.

**Dated:  August 28, 2008**                    **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE