# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BARSAMIAN, | 1:07-cv-00316 OWW GSA |
| Plaintiff, | ORDER REGARDING STATUS CONFERENCE AND EXTENSION OF DISCOVERY DEADLINES |
| v. | |
| CITY OF KINGSBURG, MARTIN SOLIS, individually and in his official capacity as a Police Officer for the City of Kingsburg Police Department, and DOES 1 through 100 inclusive, | |
| Defendants. | |

On October 10, 2008, the Court held a further status conference in this matter to address issues of discovery. Based on arguments presented, the Court hereby EXTENDS the following discovery deadlines:

1. The Discovery Cut-Off date is extended from November 1, 2008, to December 1, 2008;

2. The deadline for filing Non-Dispositive Pre-Trial Motions, including discovery motions, is extended from November 5, 2008, to December 5, 2008. The Court will set a hearing date for such motions, if any, and the current hearing date of December 12, 2008 is vacated. Non-dispositive motions are heard on Fridays at 9:30 a.m. before the Honorable Gary S. Austin, United States Magistrate Judge, in Courtroom 10. **Counsel must comply with Local Rule 37-251 with respect to**

**discovery disputes or the motion will be denied without prejudice and dropped from calendar.**

3. The deadline for filing Dispositive Pre-Trial Motions is extended from December 1, 2008, to December 15, 2008.  In scheduling such motions, the parties shall comply with **Local Rules 78-230 and 56-260**, and the current hearing date of January 5, 2009 is vacated.

In addition to the foregoing, the parties are directed to contact the Court should they desire a settlement conference in this matter.

IT IS SO ORDERED.

Dated: **October 14, 2008**          /s/ **Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE