# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

KIMBERLY BARSAMIAN,                  )   1:07-cv-00316 OWW GSA
                                     )
                                     )
                Plaintiff,           )   ORDER REGARDING STIPULATION TO
                                     )   AMEND ORDER REGARDING STATUS
        v.                           )   CONFERENCE AND EXTENSION OF
                                     )   DISCOVERY DEADLINES
CITY OF KINGSBURG, MARTIN SOLIS,     )   (Document 73)
individually and in his official capacity as a  )
Police Officer for the City of Kingsburg  )
Police Department, and DOES 1 through  )
100 inclusive,                       )
                                     )
                Defendants.          )
_____)

        Pursuant to the stipulation of the parties filed on November 14, 2008, and good cause

appearing, the Order Regarding Status Conference and Extension of Discovery Deadlines issued

on October 14, 2008, is AMENDED.  The discovery cut-off date in this matter is EXTENDED

from December 1, 2008 to December 15, 2008.


        IT IS SO ORDERED.

    Dated:    **November 18, 2008**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

1