# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BARSAMIAN, | 1:07-cv-00316 OWW GSA |
| Plaintiff, | ORDER RE MOTION SEEKING COURT APPOINTED GUARDIAN AD LITEM ON BEHALF OF PLAINTIFF KIMBERLY BARSAMIAN |
| v. | (Document 75) |
| CITY OF KINGSBURG, MARTIN SOLIS, individually and in his official capacity as a Police Officer for the City of Kingsburg Police Department, and DOES 1 through 100 inclusive, | |
| Defendants. | |

On November 21, 2008, Plaintiff filed a Motion Seeking Court Appointed Guardian Ad Litem on behalf of Plaintiff Kimberly Barsamian. Plaintiff requests the Court to appoint a Guardian Ad Litem for the purpose of protecting Plaintiff's interests in the above-entitled matter. The motion is noticed for hearing on January 9, 2009. No opposition has been filed. However, Plaintiff has not proposed a guardian ad litem for appointment by the Court. Accordingly, the hearing on the Motion Seeking Court Appointed Guardian Ad Litem is taken OFF CALENDAR pending submission of a proposed guardian ad litem. Plaintiff may re-notice the motion once a proposed guardian is submitted to the Court.

IT IS SO ORDERED.

Dated:   **January 6, 2009**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

1