# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BARSAMIAN,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY OF KINGSBURG, MARTIN SOLIS, individually and in his official capacity as a Police Officer for the City of Kingsburg Police Department, and DOES 1 through 100 inclusive,<br><br>            Defendants. | 1:07-cv-00316 OWW GSA<br><br>ORDER RE CLARIFICATION OF MOTION FOR COURT APPOINTED GUARDIAN AD LITEM ON BEHALF OF PLAINTIFF KIMBERLY BARSAMIAN |

On November 21, 2008, Plaintiff filed a Motion Seeking Court Appointed Guardian Ad Litem on behalf of Plaintiff Kimberly Barsamian to protect her interest in the above-entitled matter. Pending submission of a proposed guardian ad litem, the Court ordered the January 9, 2009 hearing on the motion off calendar. However, to facilitate resolution of Plaintiff's motion, the Court seeks additional information related to court appointment of a guardian ad litem. Specifically, the Court requests that Plaintiff's counsel provide a supplemental declaration within ten (10) court days detailing the scope of the anticipated appointment and/or listing the anticipated obligations of the guardian ad litem in this matter.

IT IS SO ORDERED.

**Dated:   January 7, 2009**               /s/ Gary S. Austin
                                            UNITED STATES MAGISTRATE JUDGE

1