UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| KIMBERLY BARSAMIAN,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF KINGSBURG, MARTIN SOLIS, individually and in his official capacity as a Police Officer for the City of Kingsburg Police Department, and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. 1:07-CV-00316-OWW<br><br>**ORDER ALLOWING DEFENDANT CITY OF KINGSBURG TO FILE MOTION TO ADMIT EVIDENCE OF PLAINTIFF'S PRIOR AND POST-INCIDENT SEXUAL ACTS UNDER SEAL**<br><br>Date:        February 20, 2009<br>Time:       12:15 p.m.<br>Courtroom: 3<br><br>Hon. Oliver W. Wanger<br>Trial:         March 3, 2009 |

TO ALL PARTIES AND TO THEIR RESPECTIVE COUNSEL OF RECORD.

On July 23, 2007, the Court entered a protective order related to certain documents based on a stipulation between the parties. (Document 16) In the Stipulation, Defendant City of Kingsburg indicated its belief that documents requested by Plaintiff Kimberly Barsamian contain information that is:

1. Confidential, sensitive, or potentially invasive of an individual's privacy interest as protected by Article I, § 1 to the California Constitution;
2. Protected from disclosure pursuant to the provisions of California Penal Code §§ 832.5 and 832.7, as well as Evidence Code § 1045;

PDF created with pdfFactory trial version www.pdffactory.com

3. Substantially and sufficiently dissimilar in nature so as to be irrelevant and not subject to production;
4. Not generally known or available to the general public; and/or
5. Not normally revealed to the public or third parties or, if disclosed to third parties would require such third parties to maintain the information in confidence.

Pursuant to the stipulation and order, and Federal Rules of Evidence, Rule 412(c)(2), on January 9, 2009, Defendant, City of Kingsburg, filed its Motion to Admit Evidence of Prior and Post-Incident Sexual Acts (Fed Rule Evid., Rule 412(b)(2)).

With regard to the Motion to Admit Evidence of Prior and Post-Incident Sexual Acts, Federal Rules of Evidence, Rule 412(c)(2) states as follows:

> Before admitting evidence under this rule the court must conduct a hearing in camera and afford the victim and parties a right to attend and be heard. The motion, related papers, and the record of the hearing must be sealed and remain under seal unless the court orders otherwise.

Defendant City of Kingsburg's Motion to Admit Evidence of Plaintiff's Pre- and Post-Incident Sexual Acts refers to and includes specific references to the sexual conduct of Plaintiff, as obtained from discovery and from her psychiatrist's expert witness report. Defendant City of Kingsburg hereby requests that this Court seal the above-entitled documents due to the sensitivity and nature of said documents, to avoid undue embarrassment to Plaintiff and to protect the privacy rights of the Plaintiff.

## **ORDER**

Based on the foregoing, and good cause appearing, it is hereby ordered that the above-mentioned documents shall be filed under seal as they are subject to the provisions of Federal Rules of Evidence, Rule 412(c), are sensitive in nature and are privileged under Article I, § 1 to the California Constitution.

**IT IS SO ORDERED.**

Dated: February 13, 2009

/s/ OLIVER W. WANGER
Hon. Oliver W. Wanger
United States District Court Judge
Eastern District of California

G:\DOCS\ATIMKEN\ORDERS TO BE SIGNED\07CV316.KINGSBURG.SEAL.DOCS.DOC   2   ORDER ALLOWING FILING UNDER SEAL OF MOTION TO ADMIT EVIDENCE OF PLAINTIFF'S PRE- AND POST INCIDENT SEXUAL HISTORY

PDF created with pdfFactory trial version www.pdffactory.com