Karen L. Lynch, No. 161088
A Professional Corporation
1204 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 478-4370
Facsimile: (559) 478-5073

Attorneys for Defendant, MARTIN SOLIS

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| KIMBERLY BARSAMIAN,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY OF KINGSBURG, MARTIN SOLIS, individually and in his official capacity as a Police Officer for the City of Kingsburg Police Department and DOES 1 through 100, inclusive,<br><br>          Defendants. | Case No. **1:07-cv-00316 OWW/GSA**<br><br>**ORDER RE: DEFENDANT, SOLIS', MOTION IN LIMINE NUMBER 4 TO EXCLUDE TESTIMONY REGARDING INSURANCE AND/OR INDEMNITY**<br><br>**Date: February 20, 2009**<br>**Time: 11:00 a.m.**<br>**Courtroom: 3**<br><br>**Trial: March 3, 2009** |

The Motion in Limine of Defendant, MARTIN SOLIS, to Exclude Testimony Regarding Insurance and/or Indemnity, came on for hearing before this Court, Attorney Peter Kapetan appearing for Plaintiff, KIMBERLY BARSAMIAN, Attorney Alfred Gallegos appearing for Defendant, CITY OF KINGSBURG, and Attorney Karen L. Lynch appearing for Defendant, MARTIN SOLIS. After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, IT IS HEREBY

///

///

///

---

ORDER RE: DEFENDANT, SOLIS', MOTION IN LIMINE NUMBER 4 TO EXCLUDE TESTIMONY REGARDING INSURANCE AND/OR INDEMNITY – Page 1

ORDERED that Defendant, MARTIN SOLIS', Motion in Limine to Exclude Testimony Regarding Insurance and/or Indemnity is GRANTED.

DATED:  _2/26/2009_____

                                          __/s OLIVER W WANGER_____
                                          UNITED STATES DISTRICT JUDGE