1   Karen L. Lynch, No. 161088
    A Professional Corporation
2   1204  W. Shaw Avenue, Suite 102
    Fresno, California 93711
3   Telephone: (559) 478-4370
    Facsimile: (559) 478-5073
4
5   Attorneys for Defendant, MARTIN SOLIS

6

7

8                 **UNITED STATES DISTRICT COURT**

9         **EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

10

11  KIMBERLY BARSAMIAN,                    Case No.  **1:07-cv-00316 OWW/GSA**

12            Plaintiff,                   **ORDER RE: DEFENDANT, SOLIS',
                                           MOTION IN LIMINE NUMBER 5 TO**
13       vs.                              **EXCLUDE TESTIMONY
                                           REGARDING SETTLEMENT**
14  CITY OF KINGSBURG, MARTIN SOLIS,       **OFFERS**
    individually and in his official capacity as a
15  Police Officer for the City of Kingsburg Police
    Department and DOES 1 through 100,
16  inclusive,                             **Date:  February 20, 2009**
                                           **Time:  11:00 a.m.**
17            Defendants.                  **Courtroom:  3**

18                                         **Trial:  March 3, 2009**

19

20          The Motion in Limine of Defendant, MARTIN SOLIS, to Exclude Testimony

21  Regarding Settlement Offers, came on for hearing before this Court, Attorney Peter

22  Kapetan appearing for Plaintiff, KIMBERLY BARSAMIAN, Attorney Alfred Gallegos

23  appearing for Defendant, CITY OF KINGSBURG, and Attorney Karen L. Lynch

24  appearing for Defendant, MARTIN SOLIS.   After consideration of the briefs and

25  arguments of counsel, and all other matters presented to the Court, IT IS HEREBY

26  ///

27  ///

28

1   ORDERED that Defendant, MARTIN SOLIS', Motion in Limine to Exclude Testimony

2   Regarding Settlement Offers is hereby GRANTED.

3   DATED:  _2/26/2009____

4
                                    ___/s/ OLIVER W WANGER_____
5                                   UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28