**KAPETAN BROTHERS**
1236 "M" Street
Fresno, CA  93721-1806
Telephone:  (559) 498-0800

Peter N. Kapetan, #138068

Attorneys for:     Plaintiff Kimberly Barsamian

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BARSAMIAN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF KINGSBURG, MARTIN SOLIS, individually and in his official capacity as a Police Officer for the City of Kingsburg Police Department, and DOES 1 through 100, inclusive.<br><br>Defendants. | Case No.  1:07-cv-00316 OWW/GSA_<br><br>**ORDER RE: PLAINTIFF KIMBERLY BARSAMIAN'S MOTION IN LIMINE NUMBER 1 TO EXCLUDE ALL WITNESSES FROM THE COURTROOM PURSUANT TO FEDERAL RULE OF EVIDENCE, RULE 615**<br><br>Trial Date:   March 3, 2009<br>Time: 9:00 AM<br>Ctrm:  3 |

    The Motion in Limine of Plaintiff Kimberly Barsamian, to Exclude All Witnesses from the Courtroom Pursuant to Federal Rule of Evidence, Rule 615, came on hearing before this Court, Attorney Peter N. Kapetan, appearing for Plaintiff, Kimberly Barsamian; Attorney Alfred A. Gallegos, appearing for Defendant City of Kingsburg; and Attorney Karen L. Lynch, appearing for Defendant Martin Solis.

    After consideration of the briefs and arguments of counsel, and all to the Court,

1
2
3

  IT IS HEREBY ORDERED that Plaintiff's Motion in Limine to Exclude All Witnesses from the Courtroom Pursuant to Federal Rule of Evidence, Rule 615 is GRANTED.

DATED: 3/2/2009

4
5
6
7

    _____/s/ OLIVER W. WANGER_____
    UNITED STATES DISTRICT COURT JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28