**KAPETAN BROTHERS**
1236 "M" Street
Fresno, CA  93721-1806
Telephone:  (559) 498-0800

Peter N. Kapetan, #138068

Attorneys for:   Plaintiff Kimberly Barsamian

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BARSAMIAN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF KINGSBURG, MARTIN SOLIS, individually and in his official capacity as a Police Officer for the City of Kingsburg Police Department, and DOES 1 through 100, inclusive.<br><br>Defendants. | Case No.  1:07-cv-00316 OWW/GSA_<br><br>**ORDER RE: PLAINTIFF KIMBERLY BARSAMIAN'S MOTION IN LIMINE NUMBER 3 TO EXCLUDE TESTIMONY OF PLAINTIFF'S PAST SEXUAL BEHAVIORS**<br><br>Trial Date:  March 3, 2009<br>Time:  9:00 AM<br>Ctrm:  3 |

The Motion in Limine of Plaintiff Kimberly Barsamian, to Exclude Testimony of Plaintiff's Past Sexual Behaviors, came on hearing before this Court, Attorney Peter N. Kapetan, appearing for Plaintiff, Kimberly Barsamian; Attorney Alfred A. Gallegos, appearing for Defendant City of Kingsburg; and Attorney Karen L. Lynch, appearing for Defendant Martin Solis.

After consideration of the briefs and arguments of counsel, and all to the Court,

1
2
3
4   IT IS HEREBY ORDERED that Plaintiff's Motion in Limine to Exclude Testimony of Plaintiff's Past Sexual Behaviors is GRANTED in part and DENIED in part. No testimony or evidence pertaining to Plaintiff's abortions or terminations of pregnancy is allowed to be mentioned or admitted into evidence until further notice of the Court.

DATED:  3/2/2009

5
6
7
8
9   _____/s/ OLIVER W. WANGER_____
UNITED STATES DISTRICT COURT JUDGE

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28