**KAPETAN BROTHERS**
1236 "M" Street
Fresno, CA  93721-1806
Telephone:  (559) 498-0800

Peter N. Kapetan, #138068

Attorneys for:    Plaintiff Kimberly Barsamian

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BARSAMIAN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF KINGSBURG, MARTIN SOLIS, individually and in his official capacity as a Police Officer for the City of Kingsburg Police Department, and DOES 1 through 100, inclusive.<br><br>Defendants. | Case No.  1:07-cv-00316 OWW/GSA_<br><br>**ORDER ON HEARING RE: MOTION FOR DISBURSEMENT OF FUNDS ON BEHALF OF PLAINTIFF KIMBERLY BARSAMIAN** |

Plaintiff, Kimberly Barsamian's attorney, Peter N. Kapetan's Motion for Hearing re Disbursement of Funds on Behalf of Plaintiff, came on hearing before this Court on April 24, 2009.  Attorney Peter N. Kapetan, appearing for Plaintiff, Kimberly Barsamian; Attorney Alfred A. Gallegos, appearing for Defendant City of Kingsburg; and Attorney Karen L. Lynch, appearing for Defendant Martin Solis.  Also present were, Plaintiff Kimberly Barsamian, Plaintiff's mother, Carol Barsamian, and Plaintiff's aunt, Cathy Mauer, who agrees to act as trustee on behalf of Plaintiff, Kimberly Barsamian.

After consideration of the papers on file and discussion with the parties in Court, the Court has determined (1) that Plaintiff Kimberly Barsamian has a disability that substantially impairs her ability to provide for her own care or custody, which constitutes a substantial handicap; (2) that Plaintiff Kimberly Barsamian has special needs that will not be met without the trust and (3) that the money paid to the trust as set forth below does not exceed the amount that appears reasonably necessary to meet the special needs of Kimberly Barsamian.

The Court therefore orders the disbursement of the Two Hundred Ten Thousand Dollars in settlement proceeds as follows:

| | |
|---|---|
| **SETTLEMENT AMOUNT:** | $ 210,000.00 |
| Less Costs: | $ 50,614.44 |
| Less Attorney's Fees: (33 1/3%) | $53,075.39 |
| **NET RECOVERABLE AMOUNT TO CLIENT:** | **$106,310.17** |

The net recoverable amount of $106,310.17 is to be disbursed on behalf of Plaintiff Kimberly Barsamian as follows:

| | |
|---|---|
| **DISBURSEMENT OF NET RECOVERABLE AMOUNT TO PLAINTIFF:** | $106,310.17 |
| Payable to Trustee Cathy Mauer for the purposes of Repayment of loans to Plaintiff's Grandmother, Dora Carillo and for the purchase of a vehicle, if and when Plaintiff receives her driver's license. | $ 25,000.00 |
| Purchase of Structured Settlement which will provide a $1,000.00 per month payment for the life of the structured settlement. | $ 81,310.17 |

DATED: 5/11/2009

/s/ OLIVER W. WANGER
HONORABLE JUDGE OLIVER W. WANGER
UNITED STATES DISTRICT COURT JUDGE