UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BARSAMIAN,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY OF KINGSBURG AND<br>MARTIN SOLIS,<br><br>            Defendants. | 1:07-CV-00316 OWW GSA<br><br>**ORDER DISMISSING ACTION** |

Pursuant to the notice of settlement filed by the parties,

IT IS HEREBY ORDERED that this case is dismissed with prejudice with each party to bear their own costs and fees.

IT IS SO ORDERED.

**Dated:   July 29, 2009**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

1