**KAPETAN BROTHERS**
1236 "M" Street
Fresno, CA  93721-1806
Telephone:  (559) 498-0800

Peter N. Kapetan, #138068

Attorneys for:     Plaintiff Kimberly Barsamian

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BARSAMIAN,<br><br>             Plaintiff,<br><br>v.<br><br>CITY OF KINGSBURG, MARTIN SOLIS, individually and in his official capacity as a Police Officer for the City of Kingsburg Police Department, and DOES 1 through 100, inclusive.<br><br>             Defendants. | Case No.  1:07-cv-00316 OWW/GSA_<br><br><br>**PETITION AND ORDER FOR SUBSTITUTION OF TRUSTEE ON BEHALF OF PLAINTIFF KIMBERLY BARSAMIAN** |

Petitioner states as follows:

1.     I, Brian Barsamian am the biological father of Kimberly Barsamian.

2.     The action in this court against City of Kingsburg, et al., was commenced on May 23, 2006, for personal injuries, negligence, sexual assault, negligent infliction of emotional distress, intentional infliction of emotional distress, and assault and battery.

3.     On May 11, 2009, the Court appointed Cathy Mauer, maternal aunt of Kimberly Barsamian, to act as Trustee regarding the assets of settlement on behalf of Kimberly Barsamian in this matter.  The appointment of a Trustee was required due to Plaintiff's ongoing psychological and narcotics abuse issues.

4. Cathy Mauer has informed plaintiff's counsel, Peter N. Kapetan, that she is no longer willing to act as Trustee on behalf of Kimberly Barsamian.

6. I, Brian Barsamian, whose address is 2200 Sierra Street, Kingsburg, California, am a competent and responsible person, and fully competent to act as my daughter, Kimberly Barsamian's trustee in place and stead of Cathy Mauer.

7. I, Brian Barsamian, am willing to act as Trustee regarding the assets of the settlement reached in this matter on behalf of my daughter.

WHEREFORE, petitioner, Brian Barsamian moves the court for an order appointing him as Trustee for Kimberly Barsamian for the managing of the settlement proceeds reached in this matter on May 11, 2009.

DATED: August 27, 2009.

By /s/ Brian Barsamian_____
Brian Barsamian

## CONSENT OF WITHDRAWAL OF NOMINEE

I, Cathy Mauer, consent to withdraw as Trustee for Kimberly Barsamian in the above action.

DATED: August 27, 2009.    By: /s/ Cathy Mauer_____
Cathy Mauer

## ORDER

The petition for an order appointing Brian Barsamian as Trustee in place and stead of Cathy Mauer for Kimberly Barsamian is GRANTED.

DATED: 8/29/2009

/s/ OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE